UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Blessed Cajuns, LLC**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**Isabella Casillas Guzman**, et al.,<br><br>    Defendants. | Case No. 4:21-cv-00677-O |

NOTICE OF WITHDRAWAL OF
MOTION FOR CLASS CERTIFICATION

 The plaintiffs withdraw the motion for class certification filed on May 23, 2021 (ECF No. 4).

                    Respectfully submitted.

| | |
|---|---|
| | /s/ Jonathan F. Mitchell |
| Gene P. Hamilton | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |
| | |
| Charles W. Fillmore | Robert Henneke |
| H. Dustin Fillmore | Texas Bar No. 24046058 |
| The Fillmore Law Firm, L.L.P. | Texas Public Policy Foundation |
| 201 Main Street, Suite 801 | 901 Congress Avenue |
| Fort Worth, Texas 76102 | Austin, Texas 78735 |
| (817) 332-2351 (phone) | (512) 472-2700 (phone) |
| (817) 870-1859 (fax) | rhenneke@texaspolicy.com |
| chad@fillmorefirm.com | |
| dusty@fillmorefirm.com | *Counsel for Plaintiffs and* |
| | *the Proposed Class* |
| Dated: June 26, 2021 | |

## CERTIFICATE OF SERVICE

I certify that on June 26, 2021, I served this document through CM/ECF upon:

CHRISTOPHER D. DODGE
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 598-5571
christopher.d.dodge@usdoj.gov

*Counsel for Defendants*

      /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and
the Proposed Class*