IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| BLESSED CAJUNS, LLC, *et al.* ) | ) |
| Plaintiffs, ) | Civil Action No. 4:21-cv-667 |
| v. ) | ) |
| ISABELLA CASILLAS GUZMAN, *et al.* ) | ) |
| Defendants. ) | ) |

## JOINT NOTICE

The parties hereby provide notice to the Court that Administrator Isabella Casillas Guzman was served in her individual capacity on November 23, 2021. Therefore, contrary to the statement in the Joint Motion to Extend Deadline for Submitting Joint Status Report, *see* ECF No. 46, the Administrator's deadline to respond to the individual-capacity claims against her is January 24, 2022.

Dated: December 17, 2021

Respectfully submitted.

 */s/ Jonathan F. Mitchell*  
Jonathan F. Mitchell  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

Gene P. Hamilton  
Virginia Bar No. 80434  
Vice-President and General Counsel  
America First Legal Foundation  

 */s/ Juliana MacPherson Barrett*  
Juliana MacPherson Barrett  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Constitutional Tort Staff  
Ben Franklin Station, P.O. Box 7146  
Washington, D.C. 20044  
T: (202) 616-4326; F: (202) 616-4314  
Juliana.M.Barrett@usdoj.gov  
N.Y. Bar. No. 5270848  

*Counsel for Administrator Isabella Casillas Guzman in her individual capacity*

<div style="display:flex">
<div>

300 Independence Avenue SE  
Washington, DC 20003  
(202) 964-3721  
gene.hamilton@aflegal.org

*Counsel for Plaintiffs*

</div>
<div>

*/s/ Christopher D. Dodge*  
Christopher D. Dodge  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20005  
(202) 598-5571  
christopher.d.dodge@usdoj.gov

*Counsel for the Official-Capacity Defendants*

</div>
</div>

## CERTIFICATE OF SERVICE

On December 17, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<div style="text-align:right">

/s/ *Juliana MacPherson Barrett*
Juliana MacPherson Barrett
Trial Attorney
United States Department of Justice

</div>