UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Blessed Cajuns, LLC**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Isabella Casillas Guzman**, et al., <br><br> Defendants. | Case No. 4:21-cv-00677-O |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)

The plaintiffs dismiss their action under Rule 41(a)(1)(A)(i), without prejudice. Each party will bear its own costs and fees.

                                                      Respectfully submitted.

| | |
|---|---|
| GENE P. HAMILTON <br> Virginia Bar No. 80434 <br> Vice-President and General Counsel <br> America First Legal Foundation <br> 300 Independence Avenue SE <br> Washington, DC 20003 <br> (202) 964-3721 <br> gene.hamilton@aflegal.org | */s/ Jonathan F. Mitchell* <br> JONATHAN F. MITCHELL <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law |
| CHARLES W. FILLMORE <br> H. DUSTIN FILLMORE <br> The Fillmore Law Firm, L.L.P. <br> 201 Main Street, Suite 801 <br> Fort Worth, Texas 76102 <br> (817) 332-2351 (phone) <br> (817) 870-1859 (fax) <br> chad@fillmorefirm.com <br> dusty@fillmorefirm.com | ROBERT HENNEKE <br> Texas Bar No. 24046058 <br> Texas Public Policy Foundation <br> 901 Congress Avenue <br> Austin, Texas 78735 <br> (512) 472-2700 (phone) <br> rhenneke@texaspolicy.com |
| (additional counsel listed on following page) | |

BRADLEY A. BENBROOK*
California Bar No. 177786
STEPHEN M. DUVERNAY*
California Bar No. 250957
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

* admitted *pro hac vice*

Dated: February 28, 2022

*Counsel for Plaintiffs and
the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2022, I served this document through CM/ECF upon:

CHRISTOPHER D. DODGE
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 598-5571
christopher.d.dodge@usdoj.gov

*Counsel for Defendants Small Business Administration
and Administrator Guzman in her Official Capacity*

JULIANA MACPHERSON BARRETT
U.S. Department of Justice
Civil Division, Constitutional Tort Staff
Ben Franklin Station
Post Office Box 7146
Washington, D.C. 20044
(202) 616-4326 (phone)
(202) 616-4314 (fax)
juliana.m.barrett@usdoj.gov

*Counsel for Defendant Administrator
Guzman in her Individual Capacity*

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and
the Proposed Class*